

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00291-CV

**IN THE INTEREST OF K.M.C.**, a Child

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12490
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Delivered and Filed:  August 21, 2013

APPEAL DISMISSED FOR LACK OF PROSECUTION

The reporter's record was originally due on May 2, 2013, and the clerk's record was originally due on June 3, 2013. This court had previously ordered appellant, who is pro se, to designate the reporter's record and pay or make arrangements to pay for both the clerk's record and reporter's record or provide written proof he is entitled to the records on appeal without paying the fees. On June 27, 2013, appellant filed a letter with this court asking for additional time until July 8, 2013. Accordingly, this court again ordered appellant to pay or make arrangements to pay for both the clerk's record and reporter's record or provide written proof he is entitled to the records on appeal without paying the fees, no later than July 12, 2013. Appellant was cautioned that if he failed to pay for the clerk's record within the time provided, this appeal would be dismissed for want of prosecution. Appellant did not respond.

On July 25, 2013, this court ordered appellant to show cause in writing no later than August 2, 2013 why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Our order cautioned appellant that if he failed to respond by August 2, 2013, this appeal would be dismissed. Appellant has not responded; therefore, this appeal is dismissed for lack of prosecution.

PER CURIAM